429 A.2d 62

Carpineta, Appellant v. Paroly et al.

Argued March 19, 1980. Norman Hegge, Jr., for appellant; John J. Hart, for appellees.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

429 A.2d 62

Commonwealth v. Bradley, Appellant.

Submitted December 8, 1978. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.